# EXHIBIT 1

# EXHIBIT 1

reviewjournal.com


PRINTTHIS

Powered by Clickability

Jun. 02, 2010
Copyright © Las Vegas Review-Journal

# Citing cooperation in trial, judge gives man probation in tax case

By DOUG MCMURDO
LAS VEGAS REVIEW-JOURNAL

U.S. District Judge Robert Jones sentenced former real estate agent and mortgage broker Thomas Browne to three years probation and a $25,000 fine on Tuesday, five years after Browne entered a guilty plea to misdemeanor tax evasion and agreed to testify against his co-defendants.

"There's no need to jump on him with both feet," said Jones, who commended Browne for his "substantial cooperation" in the trial last year of Robert Kahre, the one-time owner of six construction companies in Las Vegas who paid his untaxed employees in gold and silver coins and who also, with Browne's assistance, hid millions of dollars in assets.

Kahre also paid roughly 30 business clients in the same manner, and then allowed recipients to immediately exchange the coins' market value for paper currency, telling them they could use the coins' face value for tax purposes.

Browne helped Kahre and Kahre's longtime girlfriend Danille Cline by creating false loan documents. Kahre was sentenced in November to more than 15 years in prison after a second jury trial. The first ended in a hung jury.

With about 20 supporters in the courtroom, Browne said little during the hearing. He is Kahre's former brother-in-law. Defense attorney Richard Wright said Browne had no criminal history prior to meeting Kahre, which Jones said played a role in sentencing.

Wright also argued with Jones regarding the plea agreement, and accused Assistant U.S. Attorney Gregory Damm of breaching an oral agreement regarding what could and could not be used against Browne in determining an appropriate sentence. The pre-sentence report recommended Browne receive a prison term.

Damm said the U.S. Department of Probation recommended incarceration, but the U.S. attorney's office was not bound by the recommendation. Like Wright, he asked Jones to grant probation.

Browne must serve the first four months of his sentence under house arrest.

Browne earned roughly $50,000 in commissions by helping Kahre avoid taxes on about $1.2 million.

Browne now owes about $49,000 in credit card debt, according to Damm, has two homes in foreclosure, and is no longer in real estate.

**Find this article at:**

http://www.lvrj.com/news/citing-cooperation-in-trial--judge-gives-man-probation-in-tax-case-95396124.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# jaqhiggins

Hola, check out my rant about Real Estate

## Citing cooperation in trial, judge gives man probation in tax case

June 1st, 2010 by jaqhiggins

**Source:** Las Vegas Review-Journal (Original Article)

U.S. District Judge Robert Jones sentenced former real estate agent and mortgage broker Thomas Browne to three years probation and a $25,000 fine on Tuesday, five years after Browne entered a guilty plea to misdemeanor tax evasion and agreed to testify against his co-defendants.

"There's no need to jump on him with both feet," said Jones, who commended Browne for his "substantial cooperation" in the trial last year of Robert Kahre, the one-time owner of six construction companies in Las Vegas who paid his untaxed employees in gold and silver coins and who also, with Browne's assistance, hid millions of dollars in assets.

Kahre also paid roughly 30 business clients in the same manner, and then allowed recipients to immediately exchange the coins' market value for paper currency, telling them they could use the coins' face value for tax purposes.

Browne helped Kahre and Kahre's longtime girlfriend Danille Cline by creating false loan documents. Kahre was sentenced in November to more than 15 years in prison after a second jury trial. The first ended in a hung jury.

With about 20 supporters in the courtroom, Browne said little during the hearing. He is Kahre's former brother-in-law. Defense attorney Richard Wright said Browne had no criminal history prior to meeting Kahre, which Jones said played a role in sentencing.

Wright also argued with Jones regarding the plea agreement, and accused Assistant U.S. Attorney Gregory Damm of breaching an oral agreement regarding what could and could not be used against Browne in determining an appropriate sentence. The pre-sentence report recommended Browne receive a prison term.

Damm said the U.S. Department of Probation recommended incarceration, but the U.S. attorney's office was not bound by the recommendation. Like Wright, he asked Jones to grant probation.

Browne must serve the first four months of his sentence under www.IowaScrapbookStores.com house arrest.

Browne earned roughly $50,000 in commissions …continue reading

Posted in Uncategorized | Comments Off

# Primaris Retail REIT Closes Public Offering of $85 Million of Trust Units

May 31st, 2010 by jaqhiggins

**Source:** Marketwire (press release) (Original Article)

OPTIONS

Email a Friend

Printer Friendly Version

Latest News Releases

Primaris Retail REIT

TSX: PMZ.UN

Jun 01, 2010 08:25 ET

Primaris Retail REIT Closes Public Offering of $85 Million of Trust Units

TORONTO, ONTARIO–(Marketwire - June 1, 2010) -
NOT FOR DISTRIBUTION IN THE UNITED STATES OR OVER UNITED STATES WIRE
SERVICES
Primaris Retail REIT (TSX:PMZ.UN) announced today that it has completed an issuance to the
public of 4,925,000 trust units at a price of $17.30 per unit representing gross proceeds of
$85,202,500 on a bought deal basis, through a syndicate of underwriters co-led by RBC Capital
Markets and CIBC World Markets Inc., with RBC Capital Markets acting as bookrunner.
As previously announced, Primaris Retail REIT has granted an over-allotment option exercisable at
any time up to 30 days after Closing, to acquire additional units up to the lesser of $12,780,375 and
the Underwriters respective "Over-Allocation Position" as at the closing date.
The net proceeds from this offering (after deducting the Underwriters' fee and estimated offering
expenses) will be used to repay indebtedness, to fund future property acquisitions, the redevelopment
of the REIT's existing properties and for general trust purposes.
This press release shall not constitute an offer to sell, or the solicitation of an offer to buy, any
securities in any jurisdiction in which such offer, solicitation or sale would be unlawful. The securities
being offered have not been and will not be registered under the U.S. Securities Act of 1933 as
amended and may not be offered or sold flights to sydney in the United States absent registration
or pursuant …continue reading

Posted in Uncategorized | Comments Off

# 'local real estate' on the web

May 30th, 2010 by jaqhiggins

http://www.1hitproperty.com/4993/dubai-real-estate-company/
Demand for Property in Dubai is determined by many factors: **local** consumer confidence, the Property in Dubai **Real Estate** cost of rental alternatives, population growth, salary increases, foreign buyer confidence, the global, Dubai Real …

http://hogan.boseviews.com/2010/05/31/increase-office-space-sales-in-the-market/
Again, if you wish to sell it advertise in the **local real estate** listings or in classifieds especially for office space in Canada. These listings are very crucial in the real estate market. Besides, you can even try for online listings, …

http://www.megaeveningevent.com/blog/?p=135
**Real Estate** Business Suppliers with products or services for the **real estate** investor seeking repeat business can network at their **local** REIA to meet potential customers. Like minded people working together can move mountains. …

http://livinglaketahoe.blogspot.com/2010/05/buyers-advice-housing-affordability.html
Be sure to talk to your **local real estate** agent about where your local market fits into the affordability equation. Published on Realty Times. May 24th, 2010. Written by: Carla L. Davis. Thinking about Buying or Selling? …

http://annapolisrealestateagents.com/2010/05/31/dual-agency-can-cost-you-big-time/
Dual agency is lawful in just about every **state**, as long as the agent reveals his dual representation correctly . The big question is, " Do you really want someone to represent both you and cheap flights to nz the other party? " Is Dual Agency a conflict …

Posted in Uncategorized | Comments Off

# Feminine Care in Switzerland to 2014

May 27th, 2010 by jaqhiggins

**Source:** new market analysis and market report … - PR-inside.com (press release) (Original Article)

This 'Feminine Care in Switzerland to 2014' databook provides key data and information on the feminine care market in Switzerland. This report is a comprehensive resource for market, category and segment level data including value, volume, distribution share and company & brand share. This report also provides expenditure and consumption data for the historic and forecast periods.

The scope of this

report includes information on four categories; sanitary pads, pantiliners and shields, tampons and internal cleansers. Also included is market,category and segment level information on value, volume, and expenditure & consumption, with historic (2004-09) and forecast (2010-14) data. We also present category level company and brand share as well as distribution share information for 2008 and 2009. And we review the top two companies within the feminine care market, including company overview, key facts and business description.

Companiesandmarkets.com provides a wide range of market reports, industry statistics and company profiles on a wide range of industries and companies. Industries covered include Aerospace, Agriculture, Farming & Raw Materials, Automotive and Parts, Business Services, Chemicals, Construction, Consumer Goods, Defence, Energy and Utilities, Environmental, Finance and Banking, Food and Drink, Healthcare and Medical, Industrial, Information Technology, Leisure, Logistics, Media, Paper and Packaging, Publishing and Printing, Real Estate, Retail, Security, Telecommunications, Textiles and Clothing, Transportation and Travel.

Highlights

The market for feminine care in Switzerland increased at a compound annual growth rate of 3.2% between 2004 and 2009.

The sanitary pads category led the feminine care market in Switzerland, accounting for a share of 56.5%.

Leading players in Swiss feminine care market include Procter & Gamble cheap flights to nz Company, The, Johnson & Johnson and Kimberly-Clark ...continue reading

Posted in Uncategorized | Comments Off

# SBA's Deadline for Physical Damage Disaster Loans in Virginia for Private Non ...

May 25th, 2010 by jaqhiggins

**Source:** Earthtimes (press release) (Original Article)

ATLANTA - (Business Wire) The U.S. Small Business Administration reminds eligible Private Non-Profit Organizations (PNPs) of the June 28 deadline to submit disaster loan applications for damages caused by severe winter storms and snowstorms that occurred on Feb. 5-11, 2010. Private Non-Profit Organizations (PNPs) located in the following cities and counties: Albemarle, Alexandria City, Appomattox, Arlington, Augusta, Buckingham, Caroline, Clarke, Craig, Culpeper, Essex, Fairfax, Fairfax City, Falls Church City, Fauquier, Fluvanna, Frederick, Fredericksburg City, Greene, Highland, King George, Loudoun, Louisa, Madison, Manassas City, Manassas Park City, Nelson, Orange, Prince William, Rappahannock, Shenandoah, Spotsylvania, Stafford, Tazewell, Warren, Waynesboro City and Winchester City in Virginia are eligible for both Physical and Economic Injury Disaster Loans from the SBA. Eligible PNPs are those that provide non critical services such as: food kitchens, homeless shelters, museums, libraries, community centers, schools and colleges. PNP organizations may borrow up to $2 million to repair or replace disaster damaged or destroyed real estate, machinery and equipment, inventory and other business assets. The SBA may increase a loan up to 20 percent of the total amount of disaster damage to real estate and/or leasehold improvements, as verified by SBA, to make improvements that lessen the risk of property damage by future disasters of the same kind. The SBA offers Economic Injury Disaster Loans to help meet working capital needs, such as ongoing operating expenses for PNP organizations. Economic Injury Disaster Loan assistance is available regardless of whether the business suffered any physical property damage. Interest rates are as low as 3 percent with terms up to 30 years. Loan amounts and terms are set by the SBA and are based on each applicant's financial condition. Disaster loan information and application forms bargain flights may be obtained by calling the SBA's ...continue reading

Posted in Uncategorized | Comments Off

# Green is the color in rural China

May 23rd, 2010 by jaqhiggins

**Source:** Youngstown Vindicator (Original Article)

ANLONG, China

This small village on the Zouma River â€" inside the municipal boundaries of Chengdu, the capital of Sichuan province â€" is the site of a fascinating effort to fight one of Chinaâ€™s biggest problems: the dangerous levels of pollution in its rivers and streams.

â€œIn the last 30 years, Chinaâ€™s economic miracle has helped pull millions from poverty, but has put tremendous pressure on its ecosystems,â€  said Ma Jun, whose 1999 book â€œChinaâ€™s Water Crisisâ€  has been compared to Rachel Carsonâ€™s â€œSilent Spring.â€  â€œSixty percent of our rivers are polluted,â€  and â€œ300 million rural residents have no clean drinking water.â€

Chinaâ€™s leadership has recognized the problem and adopted new regulations on industrial and agricultural pollution. But that doesnâ€™t guarantee that all local officials â€" let alone polluters â€" will follow the rules.

Thatâ€™s why some government officials, hard-pressed to meet the new standards, may support Chinese nongovernmental organizations that work to clean up the environment. And thatâ€™s how I came to be hurtling down a country road to look at a project run by the Chengdu Urban Rivers Association, or CURA, which works to persuade the public of the need to save the rivers.

Water problem

I have a special interest in this area. On my first trip to China, in 1986, I visited a village outside Chengdu shortly after communist communes had been disbanded, freeing peasants to farm on their own. Now the farmers are making the water problem worse.

â€œHalf of our problem is agricultural pollution,â€  said Tian Jun, CURAâ€™s energetic general secretary, who formerly worked for the government on projects to treat two terribly polluted rivers running through Chengdu. Despite progress, officials faced a continuing problem of runoff from chemical pesticide used by farmers living upstream from Chengdu.

So Tian left Online Education government and helped form CURA to try …continue reading

Posted in Uncategorized | Comments Off

# Utahns hoping to be rescued from foreclosure can be led into deeper trouble

May 22nd, 2010 by jaqhiggins

**Source:** Salt Lake Tribune (Original Article)

Click photo to enlarge

Josephine and Glenn Plotner believe they are victims of foreclosure fraud. She and her husband paid thousands to a California company that was going to renegotiate their home loan to lower their payments. The company eventually disappeared.
«12»

Web Extras

Click here for additional maps and a zipcode search of Utah foreclosure data.

RelatedSpecial Report: Foreclosures in UtahMay 22:Utah's foreclosure crisis: Worst lurks aheadForeclosure aid assisting UtahnsLax lending led to foreclosure calamityRising foreclosures hit Utah's high-end neighborhoodsFree foreclosure help for UtahnsCrisis makes RealtyTrac 'go-to' companyCrush of foreclosures overwhelms lenders, counselorsForeclosures victimize renters unaware they have rightsForeclosure's silver lining: One homeowner's loss is another's gainEmpty foreclosed homes burden Utah neighborhoods Sandy » With her husband out of work and their savings dwindling, Josephine Plotner thought she had discovered a lifeline in a loan modification company last November.
After writing three $1,400 checks to American Mortgage Auditors, she now knows she might as well have dumped the money into the Great Salt Lake.
The California company, which had 26 complaints filed against it with the Better Business Bureau in the past year, has apparently gone out of business. And Plotner and her husband are about to lose their house.
"I can't believe how naive I was," she said.
Across the state, companies are hunting for homeowners in crisis and pledging

Make a comment

To ask a question about foreclosure, make a comment or suggest an idea for a story on the issue, send an e-mail to foreclosures@sltrib.com.

to rescue them from foreclosure. But more fraud complaints accompany such offers, say nonprofit housing counselors, the FBI and state real estate regulators.
A family may pay thousands up front, believing their debt will cheap flights to nz be renegotiated, but the promised fix never …continue reading

Posted in Uncategorized | Comments Off

## The violent world of police beat 624

May 21st, 2010 by jaqhiggins

**Source:** Chicago Sun-Times (Original Article)

The violent world of police beat 624

CHATHAM | Middle-class area near where cop was slain tops city in major crimes

Comments

May 22, 2010

BY FRANK MAIN AND ART GOLAB Staff Reporters

The most violent part of Chicago? It's a section of Chatham, the largely middle-class, African-American neighborhood on Chicago's South Side that has long been a bastion of black lawyers, cops, plumbers and other professionals, a Chicago Sun-Times analysis has found.

"I am very, very surprised," said the Rev. Marc Robertson, 48, a Chatham homeowner for the last eight years.

"Almost overnight, we're at the top of violent crime?"

An unwanted spotlight was cast on Chatham last week, when Thomas Wortham IV, an off-duty Chicago cop, was shot to death by robbers trying to steal his new motorcycle as he left his parents' home.

But the current epicenter of violence in Chicago sits five blocks north of there — what the Chicago Police Department calls Beat 624.

The department divides the city into beats, 279 in all. And Beat 624 ranks No. 1 among them in violent crime for the first three months of 2010, according to the Sun-Times analysis, which takes into account the total number of major violent crimes reported — all of the murders, sexual assaults, robberies, aggravated batteries and aggravated assaults in every police beat.

Beat 632, where Wortham was killed, ranked 17th.

"We have seen a spike in violent crime," said Maryellen Drake, executive vice president of the Chatham-Avalon Park Community Council. "It's like a cancer. And it's spreading. We are trying to find out how to stop it. It's really becoming ugly for us out here."

Perhaps even more surprising, the analysis shows that three of Chicago's traditionally highest-crime police districts — Englewood on the South Side and Austin and Harrison on the West Side — didn't have any beats in the top 25.

The safest beats Flights to Queenstown in the city? That's a tie:

• Beat …continue reading

Posted in Uncategorized | Comments Off

## Monmouth Real Estate Investment Corporation to List Shares on the New York …

May 18th, 2010 by jaqhiggins

**Source:** PR-USA.net (press release) (Original Article)

Monmouth Real Estate Investment Corporation to List Shares on the New York Stock Exchange

Monmouth Real Estate Investment Corporation

today announced that it is transferring the listings of its common and preferred stock to the New York Stock Exchange ("NYSE"). The Company expects to begin trading on the NYSE on June 1, 2010. The Company will change its common stock ticker from

to

. The Company will change its preferred stock ticker from

to

. The Company's common stock and preferred stock will continue to trade on the NASDAQ until the transfer is completed.

"We are thrilled to welcome Monmouth, a REIT pioneer, to the NYSE," said Scott R. Cutler, NYSE Euronext EVP and Head of Listings, Americas. "Monmouth is making a significant move, and the company and its shareholders will benefit from their association with the NYSE's market, services and dominant network of REIT companies."

"We are looking forward to listing on the New York Stock Exchange," said Monmouth President and CEO, Eugene W. Landy. "The vast majority of the US REIT market trades on the NYSE. We are excited to be joining our peers and anticipate that this move will result in increased liquidity and visibility for our shareholders. Our relationship with the NASDAQ has been positive and we appreciate their service over the years."

Monmouth Real Estate Investment Corporation, which was organized in 1968, is a publicly-owned real estate investment trust specializing in net-leased industrial properties. The Company's portfolio consists of sixty-one industrial properties and one shopping center located in twenty-five states. In addition, the Company owns a portfolio of flights to bangkok REIT securities.

Source: Monmouth Real Estate Investment Corporation

Posted in Uncategorized | Comments Off

## What others have been saying about real estate listing

May 17th, 2010 by jaqhiggins

http://pennsylvania-pa.realestatelistingusa.com/residential-listings-for-sale-in-saylorsburg-pa-89900-1267602829
Residential **listings** For Sale in Saylorsburg, PA $89900. preview of Residential **listings** For Sale in Saylorsburg, PA $89900. Price: $89900, City: Saylorsburg, Square feet: n/a; Location: 90 Vista Drive, Saylorsburg, PA, 18353, US …

http://alaska-ak.realestatelistingusa.com/residential-listings-for-sale-in-anchorage-ak-280000-567770022
Residential **listings** For Sale in Anchorage, AK $280000. preview of Residential **listings** For Sale in Anchorage, AK $280000. Price: $280000, City: Anchorage, Square feet: n/a; Location: 9201 Kavik Street, Anchorage, AK, 99502, US …

http://new-jersey-nj.realestatelistingusa.com/residential-listings-for-sale-in-manasquan-nj-494000-1255198962
Residential **listings** For Sale in Manasquan, NJ $494000. preview of Residential **listings** For Sale in

Manasquan, NJ $494000. Price: $494000. City: Manasquan, Square feet: n/a; Location: 44 wyckoff ave, manasquan, nj, 08736, us …

http://nevada-nv.realestatelistingusa.com/real-estate-owned-property-in-north-las-vegasnv-1260375154
This property is an REO (**Real Estate** Owned). This is the final step in the foreclosure process. Ownership has reverted to the lender. This 1660 square foot property has 4 bedroom(s) and 3 bath(s). The estimated sale price is $227308. …

http://arkansas-ar.realestatelistingusa.com/farm-and-ranch-listings-for-sale-in-marion-ar-289000-1827497330
Farm and Ranch **listings** For Sale in Marion, AR $289000. preview of Farm and Ranch **listings** For Sale in Marion, AR $289000. Price: $289000, City: Marion, Square feet: n/a; degrassi the next generation dvd Location: 3015 N McNeely Road, Marion, AR, 72364, US …

Posted in Uncategorized | Comments Off

« Older Entries

- Hola friends and welcome to my postings



---

jaqhiggins is proudly powered by WordPress MU running on The Chris Brown Connection. Create a new blog and join in the fun!
Entries (RSS) and Comments (RSS).

# EXHIBIT 3

# EXHIBIT 3

# macnorris

Hacks guide on Sports

---

## Ivory & gold

June 1st, 2010 by macnorris

**Source:** Hindustan Times (Original Article)

When terror struck the African Nations Cup, Didier Drogba, captain and talismanic top-scorer for Les Elephants from the Ivory Coast, was â€˜very sad and scared.â€™ But the sensitive and intelligent Drogba realised this wasnâ€™t just about football.

In an interview soon after the attack on the Togo team, he told Sports Illustrated: â€œWhen the crisis started in Ivory Coast, one of the first countries to come and help us was Angola. To leave wouldnâ€™t look good for the relations between the two countries.â€

For a man who has lived away from his native land for most of his life, Drogbaâ€™s connection to the soil of his country, and to Africa, is as strong as ever. He will go wherever the Ivory Coast side travels, and his teammates, both at Chelsea and the national team, hail him as a natural leader.

In a country that has been ravaged by civil war, football was powerful uniting factor, with a golden generation of players from all over the country, including Drogba, Salomon Kalou, brothers Kolo and Yahya Toure and Emmanuel Eboue.

In 2004, Chelsea had a new coach, Jose Mourinho, and the special one picked up Drogba immediately. In his first season, he scored 16 goals, helping Chelsea to the Premier League title for the first time in 50 years.

October 2005 and the World Cup qualifying run was coming to an end. When the Ivory Coast beat Sudan 3-1 to qualify for Germany, Drogba showed maturity, statesmanship and courage beyond his years. He also showed he had the sensibility to recognize his popularity and use his influence outside the world of football.

Drogba summoned a cameraman from the national TV station and asked his team to gather around him. His words will go down in the history of the nation. â€œIvorians, men and women, from the north and the south, the centre and the west, you've seen this,â€    Drogba announced. â€œWeâ€™ve proved to you that the people of Ivory Coast can live flights to auckland together side by side, play together toward …continue reading

Posted in Uncategorized | Comments Off

## 51s bobble lefty Mills' solid start

May 31st, 2010 by macnorris

**Source:** Las Vegas Review - Journal (Original Article)

The 51s wore camouflage uniforms Monday in honor of Memorial Day, but the design couldn't hide another poor display of defense by Las Vegas.

The Pacific Coast League leaders in errors, with 64 in 52 games, the 51s committed three errors in the last two innings, allowing the Rainiers to score four unearned runs en route to a 7-4 victory at Cashman Field.

Backed by a strong start by left-hander Brad Mills, Las Vegas carried a 3-1 lead into the top of the eighth. But then things went awry.

Ezequiel Carrera reached base on an error by third baseman Brian Dopirak, who bobbled the grounder before throwing wide of first base. Dopirak, a first baseman/designated hitter, was pressed into duty at third for the first time in his career after Kyle Phillips left the game in the fourth inning with an oblique injury.

With the bases loaded and two outs, Matt Mangini tagged a three-run triple to give Tacoma a 4-3 lead. Las Vegas left fielder Chris Lubanski dived but couldn't make the catch.

The 51s (21-31) tied the game in the eighth when Rainiers shortstop Chris Woodward booted a bases-loaded grounder by Luis Figueroa with two outs, letting Raul Chavez to score. Chris Aguila lined out to short to end the threat.

Tacoma's Jeffrey Dominguez led off the ninth with an unusual triple. He hit a high chopper to first that took a hard right and darted past 51s first baseman Brett Wallace down the right-field line.

"It hit something. It had spin on it and it shot dead left on (Wallace)," 51s manager Dan Rohn said. "There's not much he can do about it."

Woodward followed with a chopper that bounced over Dopirak into left field for an RBI double to give Tacoma a 5-4 lead. The Rainiers (24-24) added two more runs on two errors by 51s shortstop Jonathan Diaz, who was called up Monday from Double-A New Hampshire.

Woodward advanced to third on Carrera's sacrifice bunt and scored when Diaz cleanly web site creation fielded a ground ball by Thomas Everidge, …continue reading

Posted in Uncategorized | Comments Off

## ARBER INSISTS DAGGERS WILL BE STRONG

May 30th, 2010 by macnorris

**Source:** Sportinglife.com (Original Article)

Captain Mark Arber has backed Dagenham to make the grade in League One after they achieved promotion in Sunday's play-off final at Wembley.The Daggers, who were playing non-league football only three years ago, beat Rotherham 3-2 in the enthralling clash to earn their place in the third tier and set up encounters against the likes of Sheffield Wednesday, Charlton and Southampton next season.

It is a meteoric rise for the east London club, whose average gate is just over 2,000, but Arber has risen through the leagues with the Daggers and believes they can hold their own.

"It's the biggest level this club has ever played at in its history," said Arber. "But I'm sure we'll be strong. People won't like coming to play us next year, it's a tight ground and we play at a high tempo.

"People won't look at Dagenham and think 'that's an easy game'. We give teams a tough time.

"We are going in the right direction. Hopefully we can sustain it next season. It's a fantastic day for this football club and cheap flights to auckland I will cherish it for the rest of my life."

Posted in Uncategorized | Comments Off

# Quick scan of the net – los angeles lakers

May 28th, 2010 by macnorris

http://www.eazeest.com/2010/05/los-angeles-lakers-updates-game-winner.html
**LOS ANGELES LAKERS** UPDATES : GAME WINNER BY…RON ARTEST? Posted by mr. la at 11:48 AM. I usually show the video highlights but none of that really matters as much as this outcome right here. I think after last night, Ron feels like he …

http://snafublog.com/phoenix-suns-vs-los-angeles-lakers-game-5-update-%E2%80%93-lakers-lead-with-3-2-daily-world-trends-blog
Daily World Trends (blog)Phoenix Suns vs **Los Angeles Lakers** Game 5 Update – Lakers Lead with 3-2Daily World Trends (blog)America's Top Beach shows Coopers.

http://www.lakerslocker.com/2010/05/28/game-5-los-angeles-lakers-103-phoenix-suns-101/
Kobe Bryant led the way for the **Lakers** in this game with 30 points, 11 rebounds, 9 assists and 4 blocked shots. Derek Fisher had another solid offensive game with 22 points, 1 rebound and 4 assists. Pau Gasol (21 points, 9 rebounds and …

http://www.sportsfanshopdeals.com/adidas-los-angeles-lakers-purple-team-issue-t-shirt/
Lightweight ribbed T-shirtScreen print graphicsRib-knit collarTagless collarImported Product DescriptionMake your status as a **Lakers** fan official in this.

http://perezhilton.com/2010-05-28-fill-in-the-blank-334
Zac Efron watches a **Los Angeles Lakers** game courtside with Ryan Rottman, Nina Dobrev, and Boone from Lost. WhatsHerFace is cheap flights to new york missing in fug action because . [Image via Ramey Pix.]

Posted in Uncategorized | Comments Off

# Robinson's Next Challenge

May 26th, 2010 by macnorris

**Source:** HoopsWorld (Original Article)

It seems that in the last 10-15 years, the path for young athletes to NBA has opened like flood gates.

The likes of Darius Miles, Kwame Brown, Gerald Green and Tyson Chandler used their superior athleticism to become first round, and in some cases lottery, picks in the NBA draft. The only problem being that several of these players were far more advanced athletes than basketball players. Without time to develop as basketball players, or as men for that matter, at the college level after going straight from the prep ranks to the pros, many young prospects flamed out and/or never reached (or in some cases, approached) their seemingly unlimited potential. In 2005, the NBA and its player's union reached a new collective bargaining agreement which implemented new rules with a minimum age requirement (19) and which stated that those who completed high school eligibility in the United States must be at least one year removed from high school.

Suddenly, the ability to out athlete high school competition wasn't enough to get you into the NBA and some would-be pro prospects were being forced to compete collegiately before having the opportunity to enter the NBA draft.

For former UConn star Stanley Robinson, the road to the NBA has, without a doubt, been more trying than that of some who came before him; in part because of the rule changes that came with a new CBA in 2005 but also because of the fact the Robinson's path simply has been his own.

MORE BY LUKE BYRNES

Hoops Chat With Luke Byrnes: Join senior NCAA and NBA writer Luke Byrnes for his weekly chat where…

Waiting for History… Again: The Lakers and Celtics are closing in on a twelfth clash in the NBA…

Jewels of the Second Round: The second round of the NBA draft has yielded some top talent over the…

View Luke Byrnes Archive

"My kids," Robinson told HOOPSWORLD, "they cheap flights to london couldn't go to school (because of the …continue reading

Posted in Uncategorized | Comments Off

## Buccaneers cultivating building blocks on slow comeback trail

May 26th, 2010 by macnorris

**Source:** USA Today (Original Article)

Cars  Auto
Financing  Event
Tickets  Jobs  Real
Estate  Online
Degrees  Business Opportunities
Shopping
Deals

Tampa Bay Buccaneers running back Carnell "Cadillac" Williams politely and patiently listens to a rehash of the team's 2009 season.

He is reminded his Bucs were 3-13 and finished 28th in the league in offense and 27th in defense. For the first time in 14 years, nary a Buccaneer was voted into the Pro Bowl. More often than not, plenty of empty seats could be seen at Raymond James Stadium.

So why is Williams laughing?

"I mean, if you dwell on all that stuff, what's it going to get you?" he says through a continued chuckle during a recent phone conversation.

"I think we're going to surprise some people this year. I know what we got."

POWER RANKINGS: Few teams rated lower than Tampa

POWER RANKINGS: Few teams rated lower than Tampa

Sure about that?

"Oh, no doubt, man," he says before pausing and adding, "I mean, I hope so."

And there you have it.

But has this ship stopped taking on water? In this case, hope comes from a variety of sources:

• It comes from second-year quarterback Josh Freeman, who opened eyes last season after taking over as the starter in Week 9. He is being counted on to finally provide stability at what has become a revolving-door position.

• It comes from a roundly applauded draft class that includes defensive tackles Gerald McCoy, the third overall pick, and Brian Price, a second-rounder, and a pair of promising wide receivers in Arrelious Benn and Mike Williams.

• It comes from the unflappable enthusiasm of second-year coach Raheem Morris.

• And it comes also from Cadillac Williams, who followed a dazzling rookie season in 2005 with repeated physical breakdowns that eventually date night led to serious knee surgeries that cost … continue reading

Posted in Uncategorized | Comments Off

## Quick scan of the net - atlanta braves

May 24th, 2010 by macnorris

http://www.fanrates.com/blog/braves-recall-gregor-blanco-from-triple-a-gregor-blanco-of-atlanta-braves/9614/
Braves recall Gregor Blanco from Triple-A - Gregor Blanco (OF) **Atlanta Braves**. Braves recalled OF Gregor Blanco from Triple-A Gwinnett. This entry was posted on Tuesday, May 25th, 2010 at 2:04 pm and is filed under Baseball. …

http://www.fanrates.com/blog/braves-place-clevlen-on-disabled-list-brent-clevlen-of-atlanta-braves/9613/
Braves place Clevlen on disabled list - Brent Clevlen (OF) **Atlanta Braves**. Braves placed OF Brent

Clevlen on the 15-day disabled list with a sprained right toe. This entry was posted on Tuesday, May 25th, 2010 at 2:04 pm and is filed …

http://sportsnewsbulletin.com/braves-recall-gregor-blanco-from-triple-a-gregor-blanco-of-atlanta-braves
Top sports news updated every 20 minutes from major news feeds.

http://www.allbraves.com/2010/05/braves-dl-clevlen-recall-of-blanco-from-gwinnett/
This will be Blanco's first stint in the majors this year. He spent a full season up with the **Braves** in 2008, hitting .251 with 108 hits in 144 games. He played 24 games for **Atlanta** last season, hitting .186 (8-for-43). …

http://www.dailysportsnews.net/archives/11307
Braves place Clevlen on disabled list – Brent Clevlen (OF) **Atlanta Braves**. May 25, 2010 by admin · Leave a Comment. Braves placed OF Brent Clevlen on the 15-day cheap flights to bangkok disabled list with a sprained right toe. Excerpt from: …

Posted in Uncategorized | Comments Off

# Blackpool makes leap to Premier League with playoff win over Cardiff

May 21st, 2010 by macnorris

**Source:** USA Today (Original Article)

 Cars  Auto
Financing  Event
Tickets  Jobs  Real
Estate  Online
Degrees  Business Opportunities
Shopping
Deals

LONDON (AP) — Blackpool twice came from a goal behind to beat Cardiff 3-2 in Saturday's playoff final, clinching the last remaining place in the Premier League at the end of a season that many predicted would end with relegation.

Blackpool was in the lowest tier of English football as recently as 2001 but Brett Ormerod scored a 45th-minute winner to end his club's 39-year absence from the topflight and earn an estimated 90 million pounds ($129 million) in broadcast revenue and other income.

The Seasiders were up against the likes of Halifax, Barnet and Carlisle just nine years ago but will now play Manchester United and Chelsea next season.

"Over the season, I think we deserved it," Blackpool scorer Charlie Adam said. "To go to the places we're going to go, it's unbelievable. Going to Old Trafford and Stamford Bridge, you can't ask for anything else."

Cardiff was favored to win by bookmakers after finishing two places and three points above Blackpool in the second-tier League Championship and took the lead in the ninth minute through 4 million-pound ($5.8 million) record signing Michael Chopra.

Adam equalized four minutes later with a curling free kick before Joe Ledley restored Cardiff's advantage in the 37th with a low shot to the far post.

But Gary Taylor-Fletcher headed in a rebound for 2-2 and Ormerod then slammed in a shot from 12 meters (yards).

Chopra smashed a shot from the edge of the area onto the bar 12 minutes into the second half, but that was the closest the Welsh club came to leveling the scores.

"We knew the quality that Cardiff had and they showed it but my lads kept going," Blackpool manager Ian Holloway said. "I'm so proud. I cheap deal flights can't believe this."

A close contest was always …continue reading

Posted in Uncategorized | Comments Off

## 'cleveland cavaliers ' on the web

May 21st, 2010 by macnorris

http://clevelandcavaliers.sports-fan-store.net/cleveland-cavaliers-jerseys-adidas-cleveland-cavaliers-2-mo-williams-navy-blue-swingman-basketball-jersey/
adidas **Cleveland Cavaliers** #2 Mo Williams Navy Blue Swingman Basketball Jersey - Represent Mo Williams as you cheer the Cavs on to victory in this Swingman jersey by adidas, featuring high-quality tackle twill lettering and numbers! …

http://clevelandcavaliers.sports-fan-store.net/kobe-bryant-lebron-james-shoes-on-fire/
The new Nike/Foot Locker commercial starring NBA Laker Kobe Bryant and **Cleveland Cavalier** Lebron James. Featuring the brand new.

http://clevelandcavaliers.sports-fan-store.net/chemistry-is-vital-to-win/
The other example of a team with talent but not chemistry is LeBron James and the **Cleveland Cavaliers**. The team lost in the semifinal round of the … See all.

http://sportstickets2.com/scores_odds_news/2010/05/the-lebron-rumor-mill-jim-brown-blames-cleveland-cavaliers-fans-cleveland-plain-dealer/
The LeBron rumor mill: Jim Brown blames **Cleveland Cavaliers** fans – Cleveland Plain Dealer. (Chasing down rumors about LeBron James' basketball future could be a full-time job. Now it's my full-time job. Just call me The Rumor Monger. …

http://sportweekly.com/2010/05/22/nba-playoffs-cavaliers-1-2-favorites-to-win-the-eastern-conference/
The **Cleveland Cavaliers** have opened at online sportsbooks as big money 1-2 betting favorites to win the Eastern Conference in the 2010 NBA playoffs. The Orlando Magic are the next choice cheap flights to bangkok at 10-3, followed by the Boston Celtics at 6-1. …

Posted in Uncategorized | Comments Off

# Byfuglien's OT goal nets Chicago 3-0 series lead

May 21st, 2010 by macnorris

**Source:** TheNewsTribune.com (Original Article)

Dustin Byfuglien scored 12 minutes, 24 seconds into overtime, and the Chicago Blackhawks beat the San Jose Sharks, 3-2, in Chicago on Friday night to take a commanding 3-0 lead in the Western Conference finals.

The Blackhawks can earn their first trip to the Stanley Cup finals since 1992 with a victory Sunday at the United Center.

Byfuglien went straight down the middle and took a nice pass from Dave Bolland, who was behind the net, to beat Evgeni Nabokov and set off a deafening roar.

"It's great, something I'll definitely remember," Byfuglien said. "Bolland made a good play and just laid it out in the slot, and all I had to do was finish."

Bolland scored on a breakaway to put Chicago ahead 2-1 in the third period, but Patrick Marleau answered for the Sharks, the West's top seed, with a rebound goal with 4:23 left in regulation to tie it and force overtime.

Marleau, who played junior hockey for the Seattle Thunderbirds and was the No. 2 overall pick in 1997, also scored in the second period on a power play, giving him four goals in two games.

"We've just got to stick with it and stay with it longer and harder," Marleau said. "I don't know how many missed shots we had. If we can hit the net that much more, the better our chances."

Patrick Sharp had a man-advantage goal for the Blackhawks, the second seed.

Philadelphia just rallied from a 3-0 deficit to beat Boston and advance to the Eastern Conference finals.

"It just happened, so it's not impossible. We can try to feed off of that," Marleau said.

ASSISTANT ARRESTED

Los Angeles Kings assistant coach Mark Hardy was charged with sexual abuse after a woman said he fondled her in a Washington, D.C., hotel room, according to charging documents.

Some reports say the woman Flights to Christchurch is Hardy's 21-year-old daughter.

According to court documents, …continue reading

Posted in Uncategorized | Comments Off

« Older Entries



Hi everyone out there and please read my postings

BuddyPress    Log in    Sign up    Blog Authors    Visit

---

macnorris is proudly powered by WordPress MU running on The Chris Brown Connection. Create a
new blog and join in the fun!
Entries (RSS) and Comments (RSS).

# EXHIBIT 4

# EXHIBIT 4

Type of Work:        Text

Registration Number / Date:
                     TX0007190931 / 2010-08-16

Application Title: Citing cooperation in trial, judge gives man probation in
                     tax case.

Title:               Citing cooperation in trial, judge gives man probation in
                     tax case.

Appears in:          Las Vegas Review-Journal
                     Reviewjournal.com

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                     2010-06-02

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.

Names:              Stephens Media LLC
                     Righthaven LLC

===============================================================================